UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jason Gauthier, | Civil No. 21-2672 (PJS/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| Federal Bureau of Prisons, | |
| Respondent. | |

This matter is before the Court on the Report and Recommendation issued on January 26, 2022 (Dkt. No. 16). No party filed objections to the Report and Recommendation. Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Dkt. No. 16) is **ADOPTED**; and

2. The Petition filed by Jason Gauthier under 28 U.S.C. § 2241 (Dkt. No. 1) is **DISMISSED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 28, 2022

*s/Patrick J. Schiltz*
PATRICK J. SCHILTZ
United States District Judge